192

## UNITED STATES
### v.
## FRANCIS LASSELLE

1810

### Journal Entries

1. Recognizance filed . . . . . . . . . *Journal, infra,* *p. 298
2. Recognizance . . . . . . . . . . . . " 307
3. Plea; issue . . . . . . . . . . . . " 317
4. Jurors; verdict; judgment . . . . . . . . . . " 319

### Papers in File
[None]